IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01327-ZLW

LAWRENCE E. BEEMAN,

        Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

ORDER DENYING CERTIFICATE OF APPEALABILITY

        This Court, in the above entitled proceedings, has rendered an Order denying applciant's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that applicant is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed August 16, 2005, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because applicant has not made a substantial showing of the denial of a constitutional right. It is, therefore,

    ORDERED that no certificate of appealability will issue.

    DATED at Denver, Colorado this __26__ day of _September_, 2005.

                      BY THE COURT:

                      s/ Zita L. Weinshienk

                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court